IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CICELY JAMES, and<br>KEN RICE,<br>Individually and on Behalf of All Others<br>Similarly Situated, | §<br>§<br>§<br>§ | CIVIL ACTION NO. 4:15-cv-02745 |
| Plaintiffs, | §<br>§ | |
| VS. | §<br>§ | COLLECTIVE ACTION |
| PRIME CONSULTING GROUP, INC.,<br>KEITH BRUCE, and<br>CHIHUAHTHA COMPTON, | §<br>§<br>§<br>§ | |
| Defendants. | § | JURY TRIAL DEMANDED |

## FLSA ACTION CONSENT FORM

I, Bruce Jones, hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of unpaid overtime as an employee of Defendants Prime Consulting Group, Inc., Keith Bruce and Chihuahtha Compton in connection with this Action. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

_____
Bruce Jones
October 6, 2015