# EXHIBIT 5



# PRIME CONSULTING GROUP, INC.
P. O. Box 477
Stafford, Texas 77497
(713) 298-5983 Office  (281) 676-4361 Fax

**INVOICE NUMBER:** PCGucux4
Tax ID Number:

**ADJUSTER:** Cicely James
**INSURANCE COMPANY:** State Farm
**LOCATION:** Winter Haven

## HOURLY BREAKDOWN

| DATE | HOURS | RATE | TOTAL | COMMENTS |
|---|---|---|---|---|
| 10/20/14 | 1 | $650.00 | $650.00 | 8am-7pm (1 hr lunch) |
| 10/21/14 | 1 | $650.00 | $650.00 | 8am-7pm (1 hr lunch) |
| 10/22/14 | 1 | $650.00 | $650.00 | 8am-7pm (1 hr lunch) |
| 10/23/14 | 1 | $650.00 | $650.00 | 8am-7pm (1 hr lunch) |
| 10/24/14 | 1 | $650.00 | $650.00 | 8am-7pm (1 hr lunch) |
| 10/25/14 | 1 | $650.00 | $650.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |

**TOTAL HOURLY EXPENSE**  $3,900.00

**MISCELLANEOUS EXPENSES**

| | | | | |
|---|---|---|---|---|
| Photos | # | Rate: | $0.00 | |
| Telephone | # | Rate: | $0.00 | |
| Mileage | # | Rate: | $0.00 | |
| Fuel Surcharge | # | Rate: | $0.00 | |
| Other | # | Rate: | $0.00 | |

**TOTAL MISCELLANEOUS EXPENSES**  $0.00

**SUBTOTAL - HOURLY AND MISCELLANEOUS EXPENSES**  $3,900.00
**APPLICABLE SALES TAX**

**TOTAL INVOICE**  $3,900.00

Adjuster's Signature: Cicely James    Date: 10/27/2014

Client's Signature:    Date:

Please remit to:  Prime Consulting Group, Inc.
P. O. Box 477
Stafford, Texas 77497