United States District Court
Southern District of Texas
**ENTERED**
September 02, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CICELY JAMES, *et al.*, § | |
|     Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-15-2745 |
| § | |
| PRIME CONSULTING GROUP, INC., § | |
| *et al.*, § | |
|     Defendants. § | |

# **ORDER**

The Court has carefully reviewed the Confidential Settlement Agreements [Doc. # 72] and Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees [Doc. # 74] with supporting information. Based on this review, the Court finds that the parties' settlement in fair and reasonable. Accordingly, it is hereby

**ORDERED** that the Joint Motion to Approve Confidential Settlement and for Dismissal With Prejudice Following Final Report [Doc. # 71] is **GRANTED**. It is further

**ORDERED** that Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees [Doc. # 74] is **GRANTED**. It is further

**ORDERED** that within ten (10) days after the disbursement of payments specified in the Confidential Settlement Agreement, counsel shall submit a proposed final order of dismissal with prejudice.

SIGNED at Houston, Texas, this **2nd** day of **September, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE